**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MELISSA FRANK, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., ARNE SORENSON, and DOES 1-10,<br><br>Defendants. | No. 3:19-cv-00326 (WWE)<br><br>Class Action |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i):

WHEREAS no defendant in the above-captioned action has served an answer or motion for summary judgment; and

WHEREAS this case was recently filed and there has been no motion for certification of a litigation or settlement class;

Plaintiff Melissa Frank hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated: March 7, 2019

Respectfully submitted,

**IVEY, BARNUM & O'MARA LLC**

/s/ Michael J. Jones
Michael J. Jones (No. 102223)
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-9462
mjones@ibolaw.com

**PIERCE BAINBRIDGE**
**BECK PRICE & HECHT LLP**

Deborah H. Renner
Claiborne R. Hane
William L. Geraci
20 West 23rd Street, Fifth Floor
New York, New York 10010
Telephone: (212) 484-9866
drenner@piercebainbridge.com
chane@piercebainbridge.com
wgeraci@piercebainbridge.com

*Attorneys for Plaintiff*